# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**-vs-**                                            **Case No. 3:17-CR-54**
                                                        **District Judge Thomas M. Rose**

**LAMONT ROBINSON,**

    **Defendant.**

## MODIFICATION OF ORDER SETTING CONDITIONS OF RELEASE

Pursuant to a hearing held on January 24, 2020, in open court, the Court ORDERS the conditions of release filed in this case, be modified adding the condition the Defendant Lamont Robinson shall participate in a substance abuse assessment/treatment, with inpatient or outpatient, to include testing at the direction of the Probation Officer.

In addition, the following conditions are hereby removed, participate in workforce development program as directed by the probation officer; participate in an educational services program as directed by the probation officer; and working toward obtaining his general equivalence (GED) certificate. All other previously imposed conditions shall remain in effect.

**DONE** and **ORDERED** in Dayton, Ohio, this 30th day of January 2020.

                                                      *s/ Thomas M. Rose*

                                                      THOMAS M. ROSE, JUDGE
                                                      UNITED STATES DISTRICT COURT