# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA

    Plaintiff,

-vs-                                      Case No. 3:17-cr-54

LAMONT ROBINSON,

    Defendant.

## ORDER WITHDRAWING PREVIOUSLY ISSUED WARRANT

On June 7, 2021, the Court issued an arrest warrant for the defendant for violation of the conditions of his supervised release. Since that time the defendant has completed residential treatment and is scheduled for final disposition on August 24, 2021, at 1:30 p.m, having entered an admission to a Petition for Warrant or Summons for Offender Under Supervision (doc. 46).

Therefore, it is the ORDER of the Court that the warrant be withdrawn and the defendant be continued on his conditions of release, as previously ordered by the Court.

**DONE** and **ORDERED** in Dayton, Ohio, this 16th day of August, 2021.

                                                  THOMAS M. ROSE
                                                  UNITED STATES DISTRICT JUDGE