UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

Plaintiff,

-vs-    Case No. 3:17-CR-54

LAMONT ROBINSON,

Defendant.

**JUDGMENT ENTRY AND ORDER ON SUPERVISED RELEASE**

Pursuant to the record set forth in open court on October 19, 2021, the Court **ORDERS** based upon the recommendation of Probation and without objection by the Government, Defendant's term of Supervised Release is hereby terminated.

IT IS SO ORDERED.

Date: **October 19, 2021**

THOMAS M. ROSE, JUDGE
UNITED STATES DISTRICT COURT